IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTIONA PHILLIPS,
ADC #162493                                                    PLAINTIFF

V.                          CASE NO. 5:17-CV-00236 JLH/BD

WENDY KELLY                                                    DEFENDANT

RECOMMENDED DISPOSITION

I.    Procedure for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to Judge J. Leon Holmes. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for the objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II.   Discussion

Antiona Phillips, an Arkansas Department of Correction ("ADC") inmate, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Because Mr. Phillips submitted neither a complete *in forma pauperis* (IFP) application nor the statutory filing fee, the Court ordered him to apply for IFP status or to pay the filing fee within thirty days of September 12, 2017. (#2) The Court specifically

cautioned that Mr. Phillips's claims could be dismissed, without prejudice, if he failed to comply with the Court's order. As of this date, Mr. Phillips has neither submitted an IFP application nor paid the statutory filing fee, as ordered.

**III.   Conclusion**

The Court recommends that Mr. Phillips's claims be DISMISSED, without prejudice, based on his failure to address the filing fee requirement set out in the Court's September 12, 2017 Order and his failure to prosecute this lawsuit.

DATED this 20th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE