IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTIONA PHILLIPS, ADC #162493**                              **PLAINTIFF**

**V.**                      **NO. 5:17CV00236 JLH/BD**

**WENDY KELLY, Director,**
**Arkansas Department of Correction**                              **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. Phillips has not filed an objection. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Phillips's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's September 12, 2017 order, and his failure to prosecute this lawsuit.

IT IS SO ORDERED this 17th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE