IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTIONA PHILLIPS, ADC #162493**                 **PLAINTIFF**

**V.**                 **NO. 5:17CV00236 JLH/BD**

**WENDY KELLY, Director,**
**Arkansas Department of Correction**                 **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 17th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE